UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC SANFORD,

    Plaintiff,

v.

UNKNOWN MULLINS, et al.,

    Defendants.
_____/

Case No. 1:16-cv-1431

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Caffiero and Doolittle filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 23, 2018, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 16) is GRANTED, and Defendant Caffiero and Doolittle are DISMISSED from this action

**IT IS FURTHER ORDERED** that the proposed order of dismissal (ECF No. 14) is STRICKEN.

Dated: April 13, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge