UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOMINIC SANFORD, #449818,<br>          Plaintiff,<br><br>-v-<br><br>UNKNOWN MULLINS, *et al.,*<br>          Defendants. | No. 1:16-cv-1431<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court granted the remaining Defendants' motion for summary judgment and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: October 8, 2019                                    /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge