UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DOMINIC SANFORD,

      Plaintiff,

                                      Case No. 1:16-cv-1431

v.

                                       HONORABLE PAUL L. MALONEY

UNKNOWN MULLINS, et al.,

      Defendants.

_____/


## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  February 28, 2022                          /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge